Mitchell and another vs. The Western Paving & Supply Co.

Winslow, J., dissents.

---

Mitchell and another, Trustees, Respondents, vs. The Western Paving & Supply Company, imp., Appellant.

*April 8 — April 30, 1897.*

*Wells v. Western Paving & Supply Co., ante,* p. 116, followed.

Appeal from a judgment of the circuit court for Milwaukee county: D. H. Johnson, Circuit Judge. *Reversed.*

For the appellant there was a brief by *Hoyt, Ogden & Olwell*, and oral argument by *F. M. Hoyt.*

For the respondents there was a brief by *Howard & Mallory*, and oral argument by *Samuel Howard* and *R. B. Mallory.*

MARSHALL, J.   The questions in this case are the same as those in the case of *Wells v. Western Paving & Supply Co., ante*, p. 116.   For the reasons therein stated, the judgment and mandate following must be entered.

*By the Court.*— The judgment of the circuit court is reversed, and the cause remanded for further proceedings according to law.